No. A–465. HUGHES TOOL CO. ET AL. *v.* TRANS WORLD AIRLINES, INC. C. A. 2d Cir. It is ordered that the stay of mandate heretofore granted by MR. JUSTICE MARSHALL be, and it is hereby, continued pending further order of this Court. MR. JUSTICE MARSHALL dissents.

NOVEMBER 9, 1971

No. 71–332. BOND ET AL. *v.* FORTSON, SECRETARY OF STATE OF GEORGIA, ET AL. Affirmed on appeal from D. C. N. D. Ga.

No. 71–336. UNITED DAIRY FARMERS COOPERATIVE ASSN. *v.* MILK CONTROL COMMISSION OF PENNSYLVANIA ET AL. Affirmed on appeal from D. C. M. D. Pa.